146 A.3d 1242

IN THE MATTER OF ROBIN L. FRENCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 025101990)

October 7, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–296, concluding that **ROBIN L. FRENCH** of **JERSEY CITY,** who was admitted to the bar of this State in 1991, and whose license to practice law in New Jersey was administratively revoked pursuant to *Rule* 1:28–2(c), effective September 26, 2005, should be reprimanded for violating *RPC* 5.5(a)(unauthorized practice of law);

And the Disciplinary Review Board having further concluded that respondent should be barred from applying for admission pro hac vice in New Jersey until the further Order of the Court;

And good cause appearing;

It is ORDERED that **ROBIN L. FRENCH** is hereby reprimanded; and it is further

ORDERED that **ROBIN L. FRENCH** shall not appear pro hac vice in any matters in New Jersey until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.